

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTEENTH DISTRICT, AT AUSTIN

No. 15-24-00109-CV

**Brandon Hodges, individually and in his official capacity as Trustee of District for Midland ISD; Dr. Mary Bone, individually and in her official capacity as a Trustee of Round Rock ISD; and Danielle Weston, individually and in her official capacity as a Trustee of Round Rock ISD**

v.

**Pecos-Barstow-Toyah Independent School District, et al.**

(No. D-1-GN-24-005018 IN 201ST DISTRICT COURT OF TRAVIS COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/31/2025 | E-PAID | ANT |
| MT FEE | $10.00 | 03/11/2025 | E-PAID | APE |
| MT FEE | $10.00 | 02/04/2025 | E-PAID | APE |
| MT FEE | $10.00 | 01/02/2025 | E-PAID | ANT |
| MT FEE | $10.00 | 12/12/2024 | E-PAID | ANT |
| CLK RECORD | $66.50 | 11/22/2024 | PAID | CLK |
| RPT RECORD | $1,207.25 | 11/15/2024 | PAID | RPT |
| STATEWIDE EFILING | $30.00 | 10/21/2024 | E-PAID | ANT |
| CHAPTER 51 | $50.00 | 10/21/2024 | E-PAID | ANT |
| FILING | $100.00 | 10/21/2024 | E-PAID | ANT |
| INDIGENT | $25.00 | 10/21/2024 | E-PAID | ANT |

**The costs incurred on appeal to the Fifteenth Court of Appeals, Austin, Texas: $1,528.75**
**Balance of costs owing to the Fifteenth Court of Appeals, Austin, Texas:   0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CHRISTOPHER A. PRINE, CLERK** OF THE FIFTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF

TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifteenth District of Texas, this November 4, 2025.



**CHRISTOPHER A. PRINE, CLERK**